Argued February 2—decided February 2, 1971

JACOB FRUCHTMAN, TRUSTEE *v.* FRANK WERNIKOFF

The motion by the plaintiff for this court to set aside the judgment in the appeal from the Court of Common Pleas in Hartford County is denied.

*Paul W. Orth,* for the appellant (plaintiff).

*Harry W. Hultgren, Jr.,* for the appellee (defendant).

Argued February 2—decided February 2, 1971